# Exhibit A

| STATE OF MICHIGAN 67TH/68TH/ JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. and JUDGE Marsh C23G5088 SC |
|---|---|---|

**Court address**
630 SOUTH SAGINAW STREET

**Court telephone no.**
810-766-8968

See additional notice and instructions on page 2.

1. **Plaintiff**: SHERROD PIGEE/MARCIE WALLACE
   **Address**: P.O.BOX 991
   **City, state, zip**: GRAND BLANC, MICHIGAN 48480
   **Telephone no.**: 810-391-6977

2. **Defendant**: TRANSWORLD SYSTEMS/AMERICAN EXPRESS
   **Address**: P.O.BOX 15113
   **City, state, zip**: WILMINGTON, DE 19801

**NOTICE OF HEARING** (For Court Use Only)
The plaintiff and the defendant must be in court on
Day: Monday  Date: 10-30-23
Time: 1:30 pm  at ☒ the court address above.
Location: Ctrm #4 - Marsh
Process server's name: Return
Fee paid: $ _____

[Stamp: 67th District Court, Flint, MI, SEP 20 2023]

☐ 3. A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in  ☐ this court  ☐ N/A _____ Court.
It was given case number _____ and assigned to Judge _____.
The action  ☐ remains  ☐ is no longer  pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
☐ the plaintiff or his/her guardian, conservator, or next friend.  ☐ a partner.  ☐ a full-time employee of the plaintiff.

5. The plaintiff is  ☒ an individual.  ☐ a partnership.  ☐ a corporation.  ☐ a sole proprietor.  ☐ _____.

6. The defendant is  ☐ an individual.  ☐ a partnership.  ☒ a corporation.  ☐ a sole proprietor.  ☐ _____.

7. The date(s) the claim arose is/are 9-1-2023
   Attach separate sheets if necessary

8. Amount of money claimed is $ 6333.00 . (Note: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are: AMERICAN EXPRESS & TRANSWORLD SYSTEM,INC ARE BOTH REPORTING A ACCOUNT IC: 3499924602707113 ( SSN: ###-##-4697 ) FOR AN ACCOUNT THAT IS BEING REPORTED IN A UNLAWFUL MANNER ACCORDING TO THE LAW. THIS BALANCE HAS BEEN OVERSATISFIED SND IS CAUSING FINANCIAL DAMAGE !!!!!!!!!!! ( THIS OCCURED IN THE CITYOF FLINT ).

10. The plaintiff understands and accepts that the claim is limited to $6,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

Approved, SCAO
Form DC 84, Rev. 3/23
MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 3931
Page 1 of 2

Form Instructions

Distribute form to:
Court (with instructions)
Defendant (with instructions)
Plaintiff (with instructions)
Return (with proof of service)

Affidavit and Claim, Small Claims (3/23)  
Page 2 of 2

Case No. C23G5088-SC  
Marsh

11. I believe the defendant ☐ is ☒ is not mentally competent. I believe the defendant ☐ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☒ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature

Subscribed and sworn to before me on _____  
Date

Glenda Perkins 9-20-23  
Deputy clerk/Notary public signature

Glenda Perkins 9-20-23  
Name (type or print)

My commission expires on _____.

Notary public, State of Michigan, County of _____. ☐ Acting in the County of _____.  
☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

## ADDITIONAL NOTICE AND INSTRUCTIONS

**TO BOTH THE PLAINTIFF AND THE DEFENDANT:**

- You must bring to the hearing all witnesses, books, papers, and other physical evidence needed to prove or disprove this claim.

- Before the trial (hearing) starts, you have the right to

    1. **remove the case to the general civil division of the district court,** or

    2. have the case heard by a district court judge (if the hearing is scheduled before an attorney magistrate). If the case is heard by an attorney magistrate, you may appeal to the district judge within 7 days after the trial.

- If the case is tried in the small claims division, you give up the right to an attorney, to a jury trial, and to appeal the judge's decision.

If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**TO THE DEFENDANT:**

- The affidavit and claim you have just received means you are being sued in the small claims division of the district court.

- The court is being asked to decide a matter that the plaintiff says is your obligation and responsibility.

- If you wish to deny this claim or arrange terms of payment, you must make your request by appearing at the date, time, and place stated in the notice of hearing on the front of this form.

- If you do not appear at the date, time, and place stated, a default judgment may be entered against you for the amount stated in item 8, including the costs of this action.

- If the dispute is settled before or at the hearing, you may have to pay the plaintiff's costs.

- In case a judgment is entered against you at the hearing, you should be prepared to pay the amount stated in item 8, including the costs of this action, or to make arrangements for installment payments.