# Exhibit B

**From:** Sherrod Pigee
**Sent:** Fri, 22 Sep 2023 11:14:43 -0400
**To:** TSIcorrespondence@tsico.com
**Cc:** MLWP
**Subject:** [EXTERNAL]LEGAL SUIT
**Categories:** RF

CAUTION: This email originated from outside of the organization.
Do not click links or open attachments unless you recognize the sender and know the content is safe.

Call to discuss.

810-391-6977





**Breach of confidentiality & accidental breach of confidentiality !!!!!!!**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. IF THIS MESSAGE IS PASSED TO ANYONE WITHOUT WRITTEN CONSENT YOU ARE LIABLE FOR CIVIL AND CRIMINAL EXPOSURE !!!!!!!