# Exhibit D

## Case Details

Additional Resources ▼

**Case ID**
2023-C23G5088-SC

**Court Location**
D67-5 Flint

**Case Entitlement**
PIGEE V TRANSWORLD SYSTEMS

**Judge of Record**
MARSH,TABITHA MARIE,

**Date Filed**
09/20/2023

**Case Status**
OPEN

**Next Hearing**
10/30/2023 1:30 PM - BENCH TRIAL
Hearing Officer - MARSH,TABITHA MARIE

**Balance**

## Parties (4)

| Party Name | Party Type/Number |
|---|---|
| PIGEE/SHERROD/ | PLAINTIFF - 1 |

**Attorney Name**

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**

**Disposition Date**

| Party Name | Party Type/Number |
|---|---|
| WALLACE/MARCIE/ | PLAINTIFF - 2 |

**Attorney Name**

**Alternate Name(s)**

**Answer Date**

**Service Date**

Disposition

Disposition Date

| Party Name | Party Type/Number |
|---|---|
| TRANSWORLD SYSTEMS// | DEFENDANT - 1 |

Attorney Name

Alternate Name(s)

Answer Date

Service Date

Disposition

Disposition Date

| Party Name | Party Type/Number |
|---|---|
| AMERICAN EXPRESS// | DEFENDANT - 2 |

Attorney Name

Alternate Name(s)

Answer Date

Service Date

Disposition

Disposition Date

## Bonds (0)

## Hearings (1)

Hearing Type
  BENCH TRIAL

Hearing Date
  10/30/2023 1:30 PM

Hearing Officer

MARSH, TABITHA MARIE

## Events (5)



**Event Date**
09/27/2023

**Description**
JUDGMENT ISSUED SMALL CLAIMS

**Party/Count**
D1

**Clerk**
CRW

**Event Date**
09/20/2023

**Description**
AFFDV & CLM FILED FOR SMALL CLAIMS

| Party/Count | Amount |
|---|---|
| P1 | $70.00 |

**Clerk**
GFP

**Description**
AFFDV & CLM ISSUED FOR SMALL CLAIMS

| Party/Count | Amount |
|---|---|
| D1 | $6,333.00 |

**Clerk**
GFP

**Description**
AFFDV & CLM ISSUED FOR SMALL CLAIMS

| Party/Count | Amount |
|---|---|
| D2 | $6,333.00 |

**Clerk**

GFP

**Description**
BENCH TRIAL SCHEDULED FOR SMALL CLAIMS

**Party/Count**
ALL

**Clerk**
GFP

## Garnishments (0)