# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# (SOUTHERN DIVISION - FLINT)

| | |
|---|---|
| SHERROD PIGEE and MARCIE WALLACE, § § § | |
| Plaintiffs, § § | |
| v. § | Case No. 4:23-cv-12682-JEL-KGA |
| § | |
| TRANSWORLD SYSTEMS, INC. and AMERICAN EXPRESS, § § § § | |
| Defendants. § | |

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiffs, Sherrod Pigee and Marcie Wallace, and Defendant, Transworld Systems, Inc., hereby submit this Joint Notice of Pending Settlement and state that Plaintiffs and Transworld Systems, Inc. have reached a settlement with regards to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, Plaintiffs and Transworld Systems, Inc. will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ *Sherrod Pigee (per email consent)*
Sherrod Pigee

/s/ *Marcie Wallace (per email consent)*
Marcie Wallace
P.O. Box 991
Grand Blanc, MI 48480

/s/ *Jennifer T. Dillow*
Jennifer T. Dillow (P69855)
SESSIONS, ISRAEL & SHARTLE, LLC
22845 Sylvan Avenue
Brownstown Twp, Michigan 48134
Telephone: (313) 351-2165
Facsimile: (877) 334-0661

1

2

Telephone: (810) 391-6977  
Email: marcielwallace@yahoo.com

*Pro Se Plaintiffs*

Email: jdillow@sessions.legal

*Attorney for Defendant,*  
*Transworld Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Michigan and served via Email upon the following:

Sherrod Pigee and Marcie Wallace  
P.O. Box 991  
Grand Blanc, MI 48480  
Telephone: (810) 391-6977  
marcielwallace@yahoo.com

*/s/ Jennifer Dillow*  
Jennifer T. Dillow