UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHERROD PIGEE and<br>MARCIE WALLACE,<br><br>    Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC. and<br>AMERICAN EXPRESS,<br><br>    Defendants. | Case No. 23-cv-12682-JEL-KGA |

## ORDER OF DISMISSAL

Based on the stipulation of the parties, Plaintiffs, Sherrod Pigee and Marcie Wallace, and Defendant, Transworld Systems, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Plaintiffs' notice of dismissal without prejudice of Defendant, American Express pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to Defendant, Transworld Systems, Inc. and with each party to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this action is dismissed without prejudice as to Defendant, American Express.

Date: October 31, 2023

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

1